**United States Bankruptcy Court**
**Northern District of Ohio**

IN RE:                                                          Case No. **13-62471**

**Valley Mining Inc**                                           Chapter **7**

<div align="center">Debtor(s)</div>

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Cynthia Lee McCartney** | **6.100000** | **Common Stockholder** |
| **Mary J Brown** | **46.900000** | **Common Stockholder** |
| **William C Aubiel**<br>**Sandusky, OH 44870** | **44.900000** | **Common Stockholder** |
| **William K Aubiel** | **2** | **Common Stockholder** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Northern District of Ohio

**IN RE:**                              Case No. **13-62471** _____

**Valley Mining Inc** _____   Chapter **7** _____

<div align="center">Debtor(s)</div>

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 4 | $ 562,474.90 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 53,908.56 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | $ 18,701,465.15 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 27 | $ 562,474.90 | $ 18,755,373.71 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Valley Mining Inc                                                                              Case No. **13-62471**
_____                                                  _____
Debtor(s)                                                                                                             (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | **TOTAL** | **0.00** | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Valley Mining Inc** _____ Case No. **13-62471**

<div align="center">Debtor(s)</div>          (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Citizens Bank Checking account**<br>**First Federal Community-Savings** | | 4,394.40<br>265.63 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **CASH CD, bonding deposit** | | 414,975.00 |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Prepaid Insurance Bonding** | | 10,368.71 |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Valley Mining Inc</u>                                    Case No. <u>13-62471</u>
                        Debtor(s)                                                      (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Trade A/R | | 32,021.16 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1968 water truck | | 1,800.00 |
| | | 1975 Mack F/L Truck | | 1,000.00 |
| | | 1977 Ford Mechanics Truck | | 200.00 |
| | | 1985 GMC 7000 | | 2,000.00 |
| | | 1986 Ford Int8000 | | unknown |
| | | Good Roads snow Plow | | 950.00 |
| | | MDSC 30005VH Pressure washer | | 500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 1" x 4" Fusion Machine | | 250.00 |
| | | 12-42" Auger Flites | | 500.00 |
| | | 1999 terex model TS24A Scraoer | | 500.00 |
| | | 22" Auger Flites | | 2,000.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Valley Mining Inc</u>                                 Case No. **13-62471**

<div align="center">Debtor(s)                                                 (If known)</div>

<div align="center">

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

</div>

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 27" Dual Auger Flites | | 1,500.00 |
| | | 27" Dual Auger Flites | | 1,000.00 |
| | | 32" Auger Flites | | 1,500.00 |
| | | 4 Chairs and Conference Table | | 1,000.00 |
| | | 42" Auger Head and Misc Auger parts | | 2,000.00 |
| | | AMPS for Wireless Connection | | 800.00 |
| | | Auger Flites | | 14,000.00 |
| | | Auger Flites | | 1,000.00 |
| | | Case Hay Buster | | 500.00 |
| | | Central Elec-Fusion | | 500.00 |
| | | Cisco ASA 5505 for T-1 | | 400.00 |
| | | Conference Table and 4 Chairs | | 2,400.00 |
| | | Detroit 8V71 Generator | | 2,000.00 |
| | | GPS Backpack Trimble | | 2,000.00 |
| | | GPS Base #2 Trimble | | 2,000.00 |
| | | GPS Dozer Attachment-Trimble | | 2,000.00 |
| | | Hand Tamper | | 100.00 |
| | | Honda Four Wheeler | | 200.00 |
| | | Hrtmn Favco with Roll C | | 3,000.00 |
| | | Kubota Marathan Generator-Set Model v2203 | | 1,500.00 |
| | | McElroy Fusion Unit | | 2,000.00 |
| | | Mid String Auger #6 | | 1,000.00 |
| | | Power Unit | | 1,000.00 |
| | | Powerheart AED G3 Automatic Defriberlator | | 600.00 |
| | | Pressure Washer | | 2,500.00 |
| | | Salem 300DC Conveyer | | 500.00 |
| | | Salem MB 1800 Auger | | 5,000.00 |
| | | Server | | 1,200.00 |
| | | Trimble CTSC2 | | 1,200.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 10 SPEC 37" Diam AUGER | | 1,200.00 |
| | | 15 30" 12' Auger Flites | | 1,200.00 |
| | | 1500 Auger BA | | 1,200.00 |
| | | 16-30" Auger Flites | | 2,000.00 |
| | | 20-24" Auger Flites | | 2,000.00 |
| | | 20-25" Auger Flites | | 1,500.00 |
| | | 24" Cutting Head | | 1,200.00 |
| | | 24" Cutting Head | | 250.00 |
| | | 258 Fairfield Conveyor | | 2,000.00 |
| | | 30" Cutting Head | | 500.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Valley Mining Inc</u>                                    Case No. <u>13-62471</u>
<span style="font-size:small">Debtor(s)</span>                                                    <span style="font-size:small">(If known)</span>

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 30" Cutting Head | | 500.00 |
| | | 30-36" Auger Flites | | 2,500.00 |
| | | 30-36" Auger Flites | | 2,500.00 |
| | | 52" Auger Flites | | 2,000.00 |
| | | 52" Salem Head/Core B | | 1,200.00 |
| | | 6-42" Auger Flites | | 1,500.00 |
| | | Brydet Gear Box | | 2,800.00 |
| | | H90E Hough Loader BA | | 2,500.00 |
| | | Laser Hypsometer | | 150.00 |
| | | Laser Hypsometer | | 150.00 |
| | | Salem 1500 Auger | | 2,500.00 |
| | | salem Auger | | 4,500.00 |
| | | Salem DCB Conveyor | | 500.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 562,474.90 |

<span style="writing-mode:vertical">© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</span>

_____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

**IN RE** Valley Mining Inc          Case No. **13-62471**

_____
              Debtor(s)                               (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

* _Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment._

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Valley Mining Inc** _____ Case No. **13-62471**
_____ Debtor(s) _____ (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |

_____**0**_____ continuation sheets attached

| | Subtotal (Total of this page) | $ | $ |
|---|---|---|---|
| | Total (Use only on last page) | $ | $ |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Valley Mining Inc _____ Case No. **13-62471** _____
<span style="text-align:center">Debtor(s)</span> <span style="text-align:right">(If known)</span>

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Valley Mining Inc</u>                    Case No. <u>13-62471</u>

<div align="center">Debtor(s)                                                      (If known)</div>

<div align="center">

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Ohio State Treasurer**<br>**30 East Broad St 9th Floor**<br>**Columbus, OH 43215** | | | | | | | **15,540.39** | **15,540.39** | |
| ACCOUNT NO.<br>**State Of Ohio Bureau Of Worker's Comp**<br>**Office Of The Ohio Attorney General**<br>**2222 Centennial Rd**<br>**Toledo, OH 43617** | | | **BWC policy** | | | | **38,368.17** | **38,368.17** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. <u>1</u> of <u>1</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ **53,908.56** | $ **53,908.56** $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **53,908.56** | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **53,908.56** $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Valley Mining Inc** _____  Case No. **13-62471**
_____
　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**A & P Trucking**<br>**H. Hauling & Rigg Inc**<br>**P O Box 18034**<br>**Morgantown, WV  26507** | | | vendor billing | | | | **17,000.00** |
| ACCOUNT NO.<br><br>**ADT Security Services**<br>**5590 Lauby Rd NW**<br>**North Canton, OH  44720** | | | utility services | | | | **205.78** |
| ACCOUNT NO.<br><br>**AEP**<br>**PO Box 24401**<br>**Canton, OH  44701-4401** | | | utility services | | | | **2,470.19** |
| ACCOUNT NO.<br><br>**Agland Co-Op Inc**<br>**P O Box 369**<br>**364 Lisbon St**<br>**Canfield, OH  44406** | | | Business Creditor | | | | **67,480.97** |

__**15**__ continuation sheets attached

Subtotal
(Total of this page)  $ **87,156.94**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Valley Mining Inc                                                   Case No. **13-62471**
_____          _____
                    Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Krugliak, Wilkins, Griffiths & Dougherty Gregory D. Swope PO Box 36963 Canton, OH 44735** | | | Assignee or other notification for: **Agland Co-Op Inc** | | | | |
| ACCOUNT NO. **Tuscarawas County Common Pleas Court Case Number 2012CV100959 101 E. High Streeet New Philadelphia, OH 44663** | | | Assignee or other notification for: **Agland Co-Op Inc** | | | | |
| ACCOUNT NO. **American Express Travel Related Services PO Box 981540 El Paso, TX 79998-1540** | | | | | | | **0.00** |
| ACCOUNT NO. **Gilbert B Weisman Becket & Lee LLP 16 General Warren Blvd Malvern, PA 19355** | | | Assignee or other notification for: **American Express Travel Related Services** | | | | |
| ACCOUNT NO. **Antram Fire Equipment 27990 Winona Rd Po 74 N Georgetown, OH 44665** | | | | | | | **648.00** |
| ACCOUNT NO. **AT & T PO Box 6416 Carol Stream, IL 60197-6416** | | | telephone services | | | | **3,937.23** |
| ACCOUNT NO. **Aultcare 2600 6th St. Canton, OH 44710** | | | Health Care bill | | | | **32,625.70** |

Sheet no. **1** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **37,210.93**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE __Valley Mining Inc_____     Case No. __13-62471__

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Austin Powder Company** <br> **25800 Science Park Dr** <br> **Beachwood, OH  44122** | | | **Business Creditor** | | | | **67,458.68** |
| ACCOUNT NO. <br> **Bair, Goodie & Assoc.** <br> **153 N. Broadway St. 5** <br> **New Philedelphia, OH  44663** | | | **Business Creditor** | | | | **92,013.91** |
| ACCOUNT NO. <br> **Belmont County Treasuer** <br> **101 W Main Street** <br> **St Clairsville, OH  43950-1260** | | | | | | | **10,783.46** |
| ACCOUNT NO. <br> **Bill Miller Equipment Sales** <br> **10200 Parkersburg Rd NW** <br> **Eckhart Mines, MD  21528** | | | **Remaining balance due on repossessed equipment** | | | | **151,949.17** |
| ACCOUNT NO. <br> **Brickstreet Insurance** <br> **P O Box 11285** <br> **Charleston, WV  25339-1285** | | | | | | | **3,564.00** |
| ACCOUNT NO. <br> **Brouse McDowell** <br> **P O Box 75579** <br> **Cleveland, OH  44101-4755** | | | | | | | **18,578.50** |
| ACCOUNT NO. <br> **C. H. Birney Farms** <br> **86938 Mine Rd** <br> **Jewett, OH  43986** | | | | | | | **2,400.00** |

Sheet no. __2__ of __15__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  $ **346,747.72**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Valley Mining Inc** _____ Case No. **13-62471** _____
<div align="center">Debtor(s)                (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

<div style="writing-mode: vertical-rl">© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Calvin E Pollock** <br> **48298 Carpenter St** <br> **St Clairsville, OH  43950** | | | | | | | 961.04 |
| ACCOUNT NO. <br> **Cantwell Creek Garden Center LLC** <br> **601 West Chestnut St** <br> **Coshocton, OH  43812** | | | | | | | 2,000.00 |
| ACCOUNT NO. <br> **Capstone Holding** <br> **70245 Bannock Uniontown Rd** <br> **Bannock, OH  43972** | | | **Business Creditor** | | | | 52,564.50 |
| ACCOUNT NO. <br> **Carolyn Addy** <br> **83649 Addy Rd** <br> **Cardiz, OH  43907** | | | | | | | 1,235.62 |
| ACCOUNT NO. <br> **CAT Financial** <br> **PO Box 340001** <br> **Nashville, TN  37203** | X | | **Equipment repairs** | | | | 20,189.78 |
| ACCOUNT NO. **5582-5086-4302-1386** <br> **Chase** <br> **P O Box 15153** <br> **Wilmington, DE  19886-5153** | | | **Revolving credit card charges incurred over the past several years.** | | | | 11,992.12 |
| ACCOUNT NO. <br> **Clearwater Systems** <br> **P O Box 8440** <br> **Akron, OH  44320-8440** | | | | | | | 175.22 |

Sheet no. _____**3**_____ of _____**15**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">

Subtotal
(Total of this page) $ **89,118.28**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

</div>

IN RE __Valley Mining Inc__        Case No. __13-62471__
    Debtor(s)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **CNA Insurance** <br> P O Box 382033 <br> Pittsburgh, PA  15250-8033 | | | | | | | 10,646.71 |
| ACCOUNT NO. <br> **Cornelia A Pollock** <br> 48365 Shirra Street <br> St Clairsville, OH  43950 | | | | | | | 961.04 |
| ACCOUNT NO. **NPL-0302-540000** <br> **Cumberland Surety, Inc.** <br> 340 South Broadway, Suite 100 <br> Lexington, KY  40508 | | | **Surity Bond** | | | | 13,922.00 |
| ACCOUNT NO. <br> **Dawson Insurance** <br> 1340 Depot St Suite 300 <br> Cleveland, OH  44116 | | | **Assignee or other notification for:** <br> **Cumberland Surety, Inc.** | | | | |
| ACCOUNT NO. <br> **Damiam Chrisman** <br> 42300 Christman Rd <br> Jewett, OH  43986 | | | | | | | 200.00 |
| ACCOUNT NO. <br> **Dawson Insurance** <br> 1340 Depot St Suite 300 <br> Cleveland, OH  44116 | | | **insurance** | | | | 12,672.00 |
| ACCOUNT NO. <br> **DFG Excavating, Inc** <br> 87240 Tipton Rd <br> Jewett, OH  43986 | | | | | | | 6,395.00 |

Sheet no. __4__ of __15__ continuation sheets attached to             Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims       (Total of this page)   $ __44,796.75__

                                            Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

IN RE **Valley Mining Inc**                                    Case No. **13-62471**
_____                              _____
Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Dover Hydraulics, Inc.** <br> **2996 Progress Street** <br> **Dover, OH 44622** | | | | | | | 19,010.49 |
| ACCOUNT NO. <br> **Fenton Bros. Electric Inc.** <br> **235 Ray Ave NE** <br> **New Philadelphia, OH 44663-0996** | | | | | | | 680.00 |
| ACCOUNT NO. <br> **First Federal Community Bank** <br> **902 Boulevard** <br> **Dover, OH 44622** | | | | | | | 2,400.00 |
| ACCOUNT NO. <br> **Fitzpatrick Zimm & Rose LPA** <br> **140 Fair Aveune NW** <br> **Ne Philadelphia, OH 44663** | | | legal services | | | | 5,000.00 |
| ACCOUNT NO. <br> **FO-FM, LLC** <br> **4571 Stephen Circle NW** <br> **Canton, OH 44718** | | | | | | | unknown |
| ACCOUNT NO. <br> **Frank Bair** | | | Contracted Engineer expenses | | | | 57,679.07 |
| ACCOUNT NO. <br> **Frontier Communications** <br> **ATTN Bankruptcy DEPT** <br> **19845 US Hwy 31 N** <br> **Westfield, IN 46074-9685** | | | | | | | 249.00 |

Sheet no. **5** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 85,018.56

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Valley Mining Inc                                                          Case No. **13-62471**
_____
Debtor(s)                                                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Grace A Clements** <br> **1509 Ave Adelsas** <br> **Encinitas, CA 92024** | | | | | | | 1,235.62 |
| ACCOUNT NO. <br> **Greatamerica Financial Servises** <br> **P O Box 660831** <br> **Dallas, TX 15266-0831** | | | | | | | 988.68 |
| ACCOUNT NO. <br> **Gregory A. Stewart** <br> **3185 Elson S E** <br> **Magnolia, OH 44643** | | | | | | | 220.00 |
| ACCOUNT NO. <br> **Hamillton Farms** <br> **6671 Twp Highway 120** <br> **Adena, OH 43901** | | | | | | | 330.00 |
| ACCOUNT NO. <br> **Harrison News-Herald** <br> **144 South Main Street** <br> **Cadiz, OH 43907** | | | | | | | 142.15 |
| ACCOUNT NO. <br> **Hilltop Energy** <br> **6978 Lindentree Rd NE** <br> **Mineral City, OH 44656** | | | Business creditor | | | | 894,196.02 |
| ACCOUNT NO. <br> **Howard L Bowers Contracting Co.** <br> **324 Two Ridge Rd** <br> **Wintersville, OH 43952** | | | | | | | 9,025.00 |

Sheet no. **6** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **906,137.47**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Valley Mining Inc                                   Case No. **13-62471**
_____                          _____
Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Huntington National Bank International** <br> **EA2E85 7** <br> **7 Easton Oval** <br> **Columbus, OH  43219** | | | | | | | 4,043.06 |
| ACCOUNT NO. <br> **Industrial Lab Analysis** <br> **65 36th Street** <br> **Wheeling, WV  26003** | | | | | | | 7,248.50 |
| ACCOUNT NO. <br> **J. Pryor Repair Services** <br> **P O Box 267** <br> **415 Greenville Rd** <br> **White Plains, KY  42464** | | | repair services | | | | 2,170.00 |
| ACCOUNT NO. <br> **Jeff Goldizen** <br> **United Coals** <br> **HC 25** <br> **Jane Lew, WV  26378** | | | A/P | | | | 80,000.00 |
| ACCOUNT NO. <br> **Jessie Mae Pollock** <br> **48298 Carpenter St** <br> **St Clairsville, OH  43950** | | | | | | | 1,139.52 |
| ACCOUNT NO. <br> **JR Equipment & Parts** <br> **38722 National Rd** <br> **Morristown, OH  43759** | | | | | | | 43,048.69 |
| ACCOUNT NO. **various accounts** <br> **Kimble Recycling & Disposal** <br> **P O Box 448** <br> **Dover, OH  44622** | | | | | | | 411.65 |

Sheet no. __**7**__ of __**15**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **138,061.42**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Valley Mining Inc** _____ Case No. **13-62471**

Debtor(s)                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **King's Tire Service** **1100 North 25th  Street** **Clarksburg, WV  26301** | | | | | | | 2,350.00 |
| ACCOUNT NO. | | | | | | | |
| **Lee Supply Company** **P O Box  640335** **Pittsburgh, PA  15264-0335** | | | | | | | 15,780.66 |
| ACCOUNT NO. | | | | | | | |
| **Lenman & Associates** **4571 Stephens Circle NW #200** **Canton, OH  44718** | | | | | | | 0.00 |
| ACCOUNT NO. | | | Assignee or other notification for: **Lenman & Associates** | | | | |
| **Anthony J. DeGirolamo** **Courtyard Centre Suite 302** **116 Cleveland Ave.** **Canton, OH  44702** | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| **Mary S McCoy** **83585 Addy Rd** **Cadiz, OH  43907** | | | | | | | 1,235.62 |
| ACCOUNT NO. **CYO76** | | | | | | | |
| **Matheson Tri-Gas CYO76** **P O Box 247297** **Pittsburgh, PA  15251-4297** | | | | | | | 10,579.52 |
| ACCOUNT NO. **CYO80** | | | | | | | |
| **Matheson Tri-Gas CYO76** **P O Box 247297** **Pittsburgh, PA  15251-4297** | | | | | | | 10,443.98 |

Sheet no. **8** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **40,389.78**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Valley Mining Inc** _____ Case No. **13-62471**
_____Debtor(s)_____  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Mattern Tire** <br> **349 Lincoln Ave** <br> **Cadiz, OH 43907** | | | | | | | 3,701.50 |
| ACCOUNT NO. <br> **McCarty's Portable Toilets** <br> **2670 Berlin Rd** <br> **Weston, WV 26452-7748** | | | | | | | 200.00 |
| ACCOUNT NO. <br> **Midei Service Center, Inc.** <br> **58635 Eileen Street** <br> **Rayland, OH 43943** | | | | | | | 5,852.74 |
| ACCOUNT NO. <br> **Miller & Company** <br> **2400 Shepler Church Ave SW** <br> **Canton, OH 43943** | | | | | | | 288.75 |
| ACCOUNT NO. <br> **Mine Belt Service Inc.** <br> **P O Box 2422** <br> **Clarksburg, WV 26301** | | | | | | | 1,486.28 |
| ACCOUNT NO. <br> **Mining Capital LTD** <br> **4571 Stephen Circle NW** <br> **Canton, OH 44718** | | | | | | | 3,114.36 |
| ACCOUNT NO. <br> **Mon Power** <br> **P O Box 3615** <br> **Akron, OH 44309-3615** | | | | | | | 123.51 |

Sheet no. **9** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **14,767.14**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Valley Mining Inc        Case No. **13-62471**
_____
Debtor(s)                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Municipal Equipment Services LLC**<br>**6975 Hillsdale Court**<br>**Indianapolis, IN 46250** | | | firefighting equipment | | | | 21,067.57 |
| ACCOUNT NO. <br><br>**Nell L Murrell**<br>**48340 Carpenter Street**<br>**St Clairsville, OH 43950** | | | | | | | 961.04 |
| ACCOUNT NO. <br><br>**Newbridge Services, Inc.**<br>**367 W Short Street**<br>**Lexington, KY 40507** | | | | | | | 3,137.00 |
| ACCOUNT NO. <br><br>**NGL Insurance Group**<br>**P O Box 3085**<br>**Milwaukee, WI 53201-3085** | | | | | | | 475.02 |
| ACCOUNT NO. <br><br>**Ohio CAT/OMCO**<br>**3993 E. Royalton Rd**<br>**Broadview Hts, OH 44147** | | | Repossessed equipment remaining balance | | | | 14,780,136.00 |
| ACCOUNT NO. <br><br>**Ohio Coal Association**<br>**17 High Street Ste 410**<br>**Columbus, OH 43215** | | | | | | | 7,031.00 |
| ACCOUNT NO. <br><br>**Oxford Mining Company**<br>**1850 W Everly Brothers Blvd**<br>**Central City, KY 42330** | | | | | | | 15,748.09 |

Sheet no. **10** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **14,828,555.72**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Valley Mining Inc** _____ Case No. **13-62471**
            Debtor(s)                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Piedmount Gas Company**<br>**159 Stonecreek Rd NW**<br>**New Philadelphia, OH  44663** | | | | | | | 28.45 |
| ACCOUNT NO.<br>**Pinnacle Financial Group**<br>**7825 Washington Ave S Ste 310**<br>**Minneapolis, MN  55439-2424** | | | remaining balance owed on repossessed equipment | | | | 200,858.87 |
| ACCOUNT NO.<br>**Pitney Bowes Financial**<br>**P O Box 371887**<br>**Pittsburgh, PA  15250-7887** | | | equipment | | | | 541.12 |
| ACCOUNT NO.<br>**Pitney Bowes Purchase Power**<br>**P O Box 371874**<br>**Pittsburgh, PA  15250-7874** | | | postage | | | | 626.31 |
| ACCOUNT NO.<br>**Pollock Family Holdings LLC**<br>**Jeffrey Pollock Manager**<br>**3095 Fairfax Rd**<br>**Cleveland Hts, OH  44118** | | | | | | | 3,680.99 |
| ACCOUNT NO.<br>**Precision Pneumatics, Inc.**<br>**6625 Middle Run Rd NW**<br>**Dover, OH  44622** | | | | | | | 799.70 |
| ACCOUNT NO.<br>**Randy Moore BP**<br>**1425 Commerce Dr**<br>**New Lexington, OH  43764** | | | Business Creditor | | | | 1,346,100.45 |

Sheet no. **11** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,552,635.89**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE __Valley Mining Inc_____  Case No. __13-62471__

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Rea & Associates** **P O Box 1020** **New Philadelphia, OH 44663-5120** | | | | | | | 3,070.09 |
| ACCOUNT NO. **Richard D Simpson** **700 Manchester Drive** **Pickerington, OH 43147-2043** | | | | | | | 1,235.62 |
| ACCOUNT NO. **Rob Hoobler** **58660 County Rd #9** **Newcomerstown, OH 43832** | | | | | | | 2,230.00 |
| ACCOUNT NO. **Rod's Welding And Rebuild LLC** **34225 Holland Rd** **Barnesville, OH 43713** | | | | | | | 2,115.00 |
| ACCOUNT NO. **Rudd Equipment** **1 Ave A Buncher Commerce Park** **Leetsdale, PA 15056** | | | | | | | 19,000.00 |
| ACCOUNT NO. **Sparks Commercial Tire** **PO Box 177** **Findlay, OH 45840** | | | **Equipment repqirs** | | | | 70,370.69 |
| ACCOUNT NO. **Staples Contract And Commercial** **P O Box 414524** **Boston, MA 02241-4524** | | | | | | | 115.81 |

Sheet no. __12__ of __15__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 98,137.21

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Valley Mining Inc      Case No. **13-62471**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Stockdale Mine Supply** <br> P O Box 644552 <br> Pittsburgh, PA 15264-4552 | | | | | | | 3,051.42 |
| ACCOUNT NO. <br> **SunSource** <br> **Hydraulic Specialists** <br> 25132 Network Place <br> Chicago, IL 60673-1251 | | | | | | | 6,363.19 |
| ACCOUNT NO. <br> **James C Bates** <br> **Bates & Perry Co LPA** <br> 750 E Washington St. Ste D-3 <br> Medina, OH 44256 | | | Assignee or other notification for: **SunSource** | | | | |
| ACCOUNT NO. <br> **The Repository** <br> 500 Market Ave S <br> Canton, OH 44702 | | | | | | | 641.60 |
| ACCOUNT NO. <br> **The Standard** <br> 1100 SW Sixth Ave <br> Portland, OR 97204 | | | | | | | 250.00 |
| ACCOUNT NO. <br> **The Times Leader** <br> 200 South 4th Street <br> Martins Ferry, OH 43935 | | | | | | | 141.50 |
| ACCOUNT NO. <br> **Twin City Auto Parts** <br> 111 Dawson Rd <br> Uhrichsville,, OH | | | | | | | 35,661.55 |

Sheet no. **13** of **15** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **46,109.26**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Valley Mining Inc** _____  Case No. **13-62471**
<div align="center">Debtor(s)</div> <div align="right">(If known)</div>

<div align="center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Virginia Drilling Company LLC** <br> **1327 Lovers Gap Rd** <br> **Vansant, VA  24656** | | | **Contracted company debt** | | | | **127,172.00** |
| ACCOUNT NO. <br> **VMI Land Company** <br> **C/O  Anthony DeGirolamo** <br> **116 Cleveland Ave. NW** <br> **Canton, OH  44702** | | | | | | | **10,000.00** |
| ACCOUNT NO. <br> **Westfall Towing** <br> **938 E Market Street** <br> **Cadiz, OH  43907** | | | | | | | **831.93** |
| ACCOUNT NO. <br> **Westfield Insurance Pmt Proc** <br> **P O Box 9001566** <br> **Louisville, KY  40290-1566** | | | | | | | **2,962.22** |
| ACCOUNT NO. <br> **Weston Transfer Inc.** <br> **P O Box 7308** <br> **Charleston, WV  25356** | | | | | | | **980.43** |
| ACCOUNT NO. <br> **William C Aubiel** <br> **4637 N 3rd Street Ext SE** <br> **Dennison, OH  44621** | | | **personal loan to company** | | | | **241,509.62** |
| ACCOUNT NO. <br> **William D Pollock** <br> **65521 Warnock St. Clairsville Rd** <br> **St Clairsville, OH  43950** | | | | | | | **961.04** |

Sheet no. __**14**__ of __**15**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">

Subtotal
(Total of this page) $ **384,417.24**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

</div>

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Valley Mining Inc**                                          Case No. **13-62471**
_____                                _____
Debtor(s)                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Wilson Auto Glass**<br>**550 National Road**<br>**Wheeling, WV  26003** | | | | | | | **2,204.84** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **15** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,204.84**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **18,701,465.15**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Valley Mining Inc**      Case No. **13-62471**

<div style="text-align:center">Debtor(s)       (If known)</div>

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Valley Mining Inc</u>                                                      Case No. <u>**13-62471**</u>
<div align="center">Debtor(s)                                                                                         (If known)</div>

<div align="center">

# SCHEDULE H - CODEBTORS

</div>

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **William C Aubiel**<br>**4637 N 3rd Street Ext SE**<br>**Dennison, OH  44621** | **CAT Financial**<br>**PO Box 340001**<br>**Nashville, TN  37203** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Valley Mining Inc</u>        Case No. <u>**13-62471**</u>

<div align="center">Debtor(s)       (If known)</div>

<div align="center">

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

</div>

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

<div align="right">Debtor</div>

Date: _____    Signature: _____

<div align="right">(Joint Debtor, if any)</div>

<div align="right">[If joint case, both spouses must sign.]</div>

---

<div align="center">

DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

</div>

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____

Address

_____    _____

Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

<div align="center">

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

</div>

I, the **President** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the <u>**Valley Mining Inc**</u>
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **28** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **November  4, 2013** _____    Signature: */s/ William Aubile* _____

<div align="center">

**William Aubile**

(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

</div>

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Northern District of Ohio

IN RE:                                                    Case No. **13-62471**

**Valley Mining Inc**                                     Chapter **7**

<div align="center">Debtor(s)</div>

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| -185,338.74 | YTD Gross Income |
| 0.00 | 10/1/12 to 09/30/2013 gross income |
| 471,469.00 | 2011 Gross Income |

---

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Randy Moore Petroleum Distribution** **vs** **Valley Mining, Inc.** **Case # 12CV 00337** | **Debt Collection** | **Court of Common Pleas** **Perry County, Ohio** | **default Judgment** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10. Other transfers**

None ☑    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑    List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑    If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☐    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| **Valley Mining Inc. D-2286-1** | **Ohio EPA**<br>**PO Box 1049**<br>**Columbus, OH 43216-1049** | **05/09/13** | **Ohio** |
| **Sandy Ridge Area D-2292 -1** | **Ohio EPA**<br>**PO Box 1049**<br>**Columbus, OH 43216-1049** | **05/09/13** | **OHIO** |
| **Pleasant Hill/ Missing Discharge Monitoring Report Permit 0GM00402*AG** | **Ohio EPA**<br>**PO Box 1049**<br>**Columbus, OH 43216-1049** | **05/09/13** | **OHIO** |
| **D-2286-1** | **Ohio EPA**<br>**PO Box 1049**<br>**Columbus, OH 43216-1049** | **June 6, 2013** | **Ohio** |
| **Pickens** | **Ohio EPA**<br>**PO Box 1049**<br>**Columbus, OH 43216-1049** | **June 6, 2013** | **Ohio** |
| **Finley Myers** | **Ohio EPA**<br>**PO Box 1049**<br>**Columbus, OH 43216-1049** | **June 6, 2013** | **Ohio** |

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

## 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                         DATES SERVICES RENDERED
**Kathline Hoffmann**                                        **2006 to Aug 2013**
**1260 Hill Top Rd NW**
**New Philadelpha, OH 44663**

**LeAnn Weese**                                               **Feb 2013 to present**
**1067 Darrell Drive NE**
**New Philadelphia, OH 44663**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**None**                                                    **Books and records at company site**

None ☐ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                         DATE ISSUED
**FOFM. LLC**                            **June 2012**
**6273 Frank Ave NW**
**North Canton, OH  44720**

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                         TITLE              NATURE AND PERCENTAGE
                                                            OF STOCK OWNERSHIP
**Mary J Brown**                                            **common stock, 709 voting shares 46.9%**
**OH**

**22. Former partners, officers, directors and shareholders**

None ☐ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                         DATE OF WITHDRAWAL
**VMI Land Company**                     **April 2013**
**C/O  Anthony DeGirolamo**
**116 Cleveland Ave. NW**
**Canton, OH  44702**

**withdrew land from company as security**

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **November  4, 2013**           Signature: ***/s/ William Aubile***

                                    **William Aubile, President**
                                    <span style="font-size:smaller">Print Name and Title</span>

          [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

                    **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Northern District of Ohio

**IN RE:**

Case No. **13-62471** _____

_____

**Valley Mining Inc**

Chapter **7** _____

<center>Debtor(s)</center>

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**250.00/hr**

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**10,000.00**

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

2. The source of the compensation paid to me was: ☑ Debtor ☐ Other (specify)

3. The source of compensation to be paid to me is: ☑ Debtor ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:
   **Adversarial proceedings to recover property of assets unless approved by the appointed US Trustee.**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

<center>CERTIFICATION</center>

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**November  4, 2013**_____
<center>Date</center>

**/s/ Donald R. Harris**
_____

**Donald R. Harris 485340 DC**
**Donald Harris Law Firm**
**158 Columbus Ave.**
**Sandusky, OH  44870-2549**
**(419) 621-9388 Fax: (419) 624-8592**
**donharris_dhc@sbcglobal.net**

**United States Bankruptcy Court**
**Northern District of Ohio**

IN RE:                                                    Case No. **13-62471**

**Valley Mining Inc**                                     Chapter **7**
            Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **November  4, 2013**          Signature: _/s/ William Aubile_
                                                **William Aubile, President**                    Debtor

Date: _____          Signature: _____
                                                                          Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
A & P Trucking
H. Hauling & Rigg Inc
P O Box 18034
Morgantown, WV  26507


ADT Security Services
5590 Lauby Rd NW
North Canton, OH  44720


AEP
PO Box 24401
Canton, OH  44701-4401


Agland Co-Op Inc
P O Box 369
364 Lisbon St
Canfield, OH  44406


American Express Travel Related Services
PO Box 981540
El Paso, TX  79998-1540


Anthony J. DeGirolamo
Courtyard Centre Suite 302
116 Cleveland Ave.
Canton, OH  44702


Antram Fire Equipment
27990 Winona Rd
Po 74
N Georgetown, OH  44665


AT & T
PO Box 6416
Carol Stream, IL  60197-6416
```

Aultcare
2600 6th St.
Canton, OH  44710


Austin Powder Company
25800 Science Park Dr
Beachwood, OH  44122


Bair, Goodie & Assoc.
153 N. Broadway St. 5
New Philedelphia, OH  44663


Belmont County Treasuer
101 W Main Street
St Clairsville, OH  43950-1260


Bill Miller Equipment Sales
10200 Parkersburg Rd NW
Eckhart Mines, MD  21528


Brickstreet Insurance
P O Box 11285
Charleston, WV  25339-1285


Brouse McDowell
P O Box 75579
Cleveland, OH  44101-4755


C. H. Birney Farms
86938 Mine Rd
Jewett, OH  43986


Calvin E Pollock
48298 Carpenter St
St Clairsville, OH  43950

Cantwell Creek Garden Center LLC
601 West Chestnut St
Coshocton, OH   43812


Capstone Holding
70245 Bannock Uniontown Rd
Bannock, OH   43972


Carolyn Addy
83649 Addy Rd
Cardiz, OH   43907


CAT Financial
PO Box 340001
Nashville, TN   37203


Chase
P O Box 15153
Wilmington, DE   19886-5153


Clearwater Systems
P O Box 8440
Akron, OH   44320-8440


CNA Insurance
P O Box 382033
Pittsburgh, PA   15250-8033


Cornelia A Pollock
48365 Shirra Street
St Clairsville, OH   43950


Cumberland Surety, Inc.
340 South Broadway, Suite 100
Lexington, KY   40508

Damiam Chrisman
42300 Christman Rd
Jewett, OH  43986


Dawson Insurance
1340 Depot St Suite 300
Cleveland, OH  44116


DFG Excavating, Inc
87240 Tipton Rd
Jewett, OH  43986


Dover Hydraulics, Inc.
2996 Progress Street
Dover, OH  44622


Fenton Bros. Electric Inc.
235 Ray Ave NE
New Philadelphia, OH  44663-0996


First Federal Community Bank
902 Boulevard
Dover, OH  44622


Fitzpatrick Zimm & Rose LPA
140 Fair Aveune NW
Ne Philadelphia, OH  44663


FO-FM, LLC
4571 Stephen Circle NW
Canton, OH  44718


Frontier Communications
ATTN Bankruptcy DEPT
19845 US Hwy 31 N
Westfield, IN  46074-9685

Gilbert B Weisman
Becket & Lee LLP
16 General Warren Blvd
Malvern, PA  19355


Grace A Clements
1509 Ave Adelsas
Encinitas, CA  92024


Greatamerica Financial Servises
P O Box 660831
Dallas, TX  15266-0831


Gregory A. Stewart
3185 Elson S E
Magnolia, OH  44643


Hamillton Farms
6671 Twp Highway 120
Adena, OH  43901


Harrison News-Herald
144 South Main Street
Cadiz, OH  43907


Hilltop Energy
6978 Lindentree Rd NE
Mineral City, OH  44656


Howard L Bowers Contracting Co.
324 Two Ridge Rd
Wintersville, OH  43952

Huntington National Bank International
EA2E85 7
7 Easton Oval
Columbus, OH  43219


Industrial Lab Analysis
65 36th Street
Wheeling, WV  26003


J. Pryor Repair Services
P O Box 267
415 Greenville Rd
White Plains, KY  42464


James C Bates
Bates & Perry Co LPA
750 E Washington St. Ste D-3
Medina, OH  44256


Jeff Goldizen
United Coals
HC 25
Jane Lew, WV  26378


Jessie Mae Pollock
48298 Carpenter St
St Clairsville, OH  43950


JR Equipment & Parts
38722 National Rd
Morristown, OH  43759


Kimble Recycling & Disposal
P O Box 448
Dover, OH  44622

King's Tire Service
1100 North 25th  Street
Clarksburg, WV  26301


Krugliak, Wilkins, Griffiths & Dougherty
Gregory D. Swope
PO Box 36963
Canton, OH  44735


Lee Supply Company
P O Box  640335
Pittsburgh, PA  15264-0335


Lenman & Associates
4571 Stephens Circle NW #200
Canton, OH  44718


Mary S McCoy
83585 Addy Rd
Cadiz, OH  43907


Matheson Tri-Gas CYO76
P O Box 247297
Pittsburgh, PA  15251-4297


Mattern Tire
349 Lincoln Ave
Cadiz, OH  43907


McCarty's Portable Toilets
2670 Berlin Rd
Weston, WV  26452-7748


Midei Service Center, Inc.
58635 Eileen Street
Rayland, OH  43943

Miller & Company
2400 Shepler Church Ave SW
Canton, OH   43943


Mine Belt Service Inc.
P O Box 2422
Clarksburg, WV   26301


Mining Capital LTD
4571 Stephen Circle NW
Canton, OH   44718


Mon Power
P O Box 3615
Akron, OH   44309-3615


Municipal Equipment Services LLC
6975 Hillsdale Court
Indianapolis, IN   46250


Nell L Murrell
48340 Carpenter Street
St Clairsville, OH   43950


Newbridge Services, Inc.
367 W Short Street
Lexington, KY   40507


NGL Insurance Group
P O Box 3085
Milwaukee, WI   53201-3085


Ohio CAT/OMCO
3993 E. Royalton Rd
Broadview Hts, OH   44147

Ohio Coal Association
17 High Street Ste 410
Columbus, OH  43215


Ohio State Treasurer
30 East Broad St 9th Floor
Columbus, OH  43215


Oxford Mining Company
1850 W Everly Brothers Blvd
Central City, KY  42330


Piedmount Gas Company
159 Stonecreek Rd NW
New Philadelphia, OH  44663


Pinnacle Financial Group
7825 Washington Ave S Ste 310
Minneapolis, MN  55439-2424


Pitney Bowes Financial
P O Box 371887
Pittsburgh, PA  15250-7887


Pitney Bowes Purchase Power
P O Box 371874
Pittsburgh, PA  15250-7874


Pollock Family Holdings LLC
Jeffrey Pollock Manager
3095 Fairfax Rd
Cleveland Hts, OH  44118


Precision Pneumatics, Inc.
6625 Middle Run Rd NW
Dover, OH  44622

Randy Moore BP
1425 Commerce Dr
New Lexington, OH  43764


Rea & Associates
P O Box 1020
New Philadelphia, OH  44663-5120


Richard D Simpson
700 Manchester Drive
Pickerington, OH  43147-2043


Rob Hoobler
58660 County Rd #9
Newcomerstown, OH  43832


Rod's Welding And Rebuild LLC
34225 Holland Rd
Barnesville, OH  43713


Rudd Equipment
1 Ave A Buncher Commerce Park
Leetsdale, PA  15056


Sparks Commercial Tire
PO Box 177
Findlay, OH  45840


Staples Contract And Commercial
P O Box 414524
Boston, MA  02241-4524


State Of Ohio Bureau Of Worker's Comp
Office Of The Ohio Attorney General
2222 Centennial Rd
Toledo, OH  43617

Stockdale Mine Supply
P O Box 644552
Pittsburgh, PA  15264-4552


SunSource
Hydraulic Specialists
25132 Network Place
Chicago, IL  60673-1251


The Repository
500 Market Ave S
Canton, OH  44702


The Standard
1100 SW Sixth Ave
Portland, OR  97204


The Times Leader
200 South 4th Street
Martins Ferry, OH  43935


Tuscarawas County Common Pleas Court
Case Number 2012CV100959
101 E. High Streeet
New Philadelphia, OH  44663


Virginia Drilling Company LLC
1327 Lovers Gap Rd
Vansant, VA  24656


VMI Land Company
C/O  Anthony DeGirolamo
116 Cleveland Ave. NW
Canton, OH  44702

Westfall Towing
938 E Market Street
Cadiz, OH  43907


Westfield Insurance Pmt Proc
P O Box 9001566
Louisville, KY  40290-1566


Weston Transfer Inc.
P O Box 7308
Charleston, WV  25356


William C Aubiel
Sandusky, OH  44870


William C Aubiel
4637 N 3rd Street Ext SE
Dennison, OH  44621


William D Pollock
65521 Warnock St. Clairsville Rd
St Clairsville, OH  43950


Wilson Auto Glass
550 National Road
Wheeling, WV  26003