IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION
CANTON, OHIO

| | |
|---|---|
| IN RE: | CASE NO. 13-62471 |
| VALLEY MINING, INC., | CHAPTER 7 |
| Debtor. | BANKRUPTCY JUDGE RUSS KENDIG |
| | **TRUSTEE'S NOTICE OF PROPOSED SALE OF PERSONAL PROPERTY OF THE ESTATE OTHER THAN IN THE ORDINARY COURSE OF BUSINESS** |

PLEASE TAKE NOTICE that Anne Piero Silagy, Trustee, by and through counsel, and pursuant to Rules 2002(a)(2), 2002(c)(1) and 6004 of the Federal Rules of Bankruptcy Procedure, and Section 363 of the Bankruptcy Code, hereby gives notice of the proposed private sale, other than in the ordinary course of business, of certain property of the estate.

The Trustee intends to sell by private sale to B.L. Hartley, Inc. ("Purchaser") the following personal property: 2 Augering machines including augers; 2 elevators; 2 fuel tanks, all located on the Rosebud mining sites in Bergholz and Waynesburg, Ohio (collectively, "Property") for a total cash price of $1,750.00. The sale of the Property is "as is" and "where is" with no representations or warranties by the Trustee. The Purchaser has agreed to accept the Property in its present condition and location. The purchase price is due in payable in full by no later than May 29, 2015, at which time the Trustee will deliver to the Purchaser a bill of sale.

Upon information and belief, the Property is not subject to any liens or encumbrances.

The Trustee believes that the proposed private sale of the Property is in the best interest of the Debtor's estate and the creditors and the purchase price reflects a fair and reasonable

purchase price based upon the nature, condition and location of the Property. Based upon a review of the Property, its best use appears to be as scrap metal. The proposed private sale avoids the cost and risk associated with an auction and avoids additional costs of administration. In addition, the Purchaser has agreed to accept the Property in its "as is – where is" condition. All of these factors support the Trustee's belief that the proposed sale is fair and reasonable and in the best interest of the estate.

Pursuant to Rule 6004(h) of the Federal Rules of Bankruptcy Procedure, the Trustee requests that any order approving the sale of the Property become effective upon its entry and not be stayed for any period of time.

Respectfully submitted,

/s/ Bruce R. Schrader, II
Bruce R. Schrader, II - (0039418)
Roetzel & Andress, LPA
222 South Main Street
Akron, OH 44308
Telephone: 330.376.2700
Facsimile: 330.376.4577
E-mail: bschrader@ralaw.com

COUNSEL FOR ANNE PIERO SILAGY, TRUSTEE

# CERTIFICATE OF SERVICE

This is to certify that the Trustee's Notice of Proposed Sale of Personal Property of the Estate Other than in the Ordinary Course of Business was electronically transmitted on April 17, 2015 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

- Robert J. Brown    lexbankruptcy@wyattfirm.com
- Joel K Dayton    jdayton@bmsa.com
- Anthony J DeGirolamo    ajdlaw@sbcglobal.net, amber_weaver@sbcglobal.net;sedlaw@sbcglobal.net
- Donald R. Harris    donharris_dhc@sbcglobal.net, dhlfnotices@gmail.com;donald201@me.com;brandon@donaldharrislawfirm.com;kierstin@donaldharrislawfirm.com;secretary_dhc@hotmail.com;Christopher@donaldharrislawfirm.com
- Michael E Idzkowski    michael.idzkowski@ohioattorneygeneral.gov, scott.hainer@ohioattorneygeneral.gov
- Judith E. Lancaster    jblancaster@jblancasterlaw.com, kwright@jblancasterlaw.com;ehayes@jblancasterlaw.com
- Eugene Roytberg    Eroytberg@kwgd.com, mhelmick@kwgd.com
- Bruce R Schrader    bschrader@ralaw.com
- Anne Piero Silagy    asilagycourt@neo.rr.com, asilagy@ecf.epiqsystems.com
- Roger J. Stevenson    rstevenson@ralaw.com
- Gregory D Swope    gswope@kwgd.com, mhelmick@kwgd.com
- United States Trustee    (Registered address)@usdoj.gov
- Gilbert B Weisman    NOTICES@BECKET-LEE.COM

The following parties were served with the Trustee's Notice of Proposed Sale of Personal Property of the Estate Other than in the Ordinary Course of Business on April 17, 2015, via regular U.S. Mail service:

Belmont County Treasurer
101 W Main Street
St Clairsville, OH 43950-1260

Caterpillar Financial Commercial Acct Corp
Cat Commercial Acct Corp
Attn: Jennifer Fye 4th Fl
2120 West End Ave
Nashville, TN 37203

Pitney Bowes Global Financial Services LLC
27 Waterview Drive
Shelton, CT 06484

Twin City Automotive Parts
111 North Dawson Street
P.O. Box 232
Uhrichsville, OH 44683

Dover Hydraulics, Inc.
2996 Progress Street
Dover, OH 44622

Kimble Recycling & Disposal
P O Box 448
Dover, OH 44622

Howard L. Bowers Contracting Co Inc
PO Box 2249
Wintersville, OH 43953

The Times Leader
200 South 4th Street
Martins Ferry, OH 43935

Precision Pneumatics, Inc.
6625 Middle Run Rd NW
Dover, OH 44622

Wilson Auto Glass
550 National Road
Wheeling, WV 26003

Randy V. Moore Petroleum Distribution, LLC
Robert R. Rittenhouse
Lavelle and Associates
449 E. State St.
Athens, OH 45701

Agland Co-Op, Inc.
c/o Gregory D. Swope, Esq.
PO Box 36963
Canton, OH 44735-6963

Sparks Commercial Tire Inc.
PO Box 177
Findlay, OH 45839

Mountain State Waste
PO Box 386
Weston, WV 26452

McCarty's Portable Toilets
2670 Berlin Rd
Weston, WV 26452-7748

Midei Service Center, Inc.
58635 Eileen Street
Rayland, OH 43943

Louis J. Yoppolo, Trustee
Bankruptcy Estate of William Aubiel
Case No. 13-33816, Northern District
of Ohio - Toledo
300 Madison Avenue
Toledo, OH 43604

Cantwell Creek Garden Center LLC
601 West Chestnut St
Coshocton, OH 43812

Austin Powder Company
25800 Science Park Dr
Beachwood, OH 44122

Ohio Department of Job & Family Services
Revenue Recovery/Litigation
PO Box 182404
Columbus, OH 43218

Brickstreet Mutual Insurance Company
400 Quarrier Street
Charleston, WV 25301

Industrial Lab Analysis
Bharat Maniar
65 - 36th St
Wheeling, WV 26003

VMI Land Company LLC
c/o Anthony J. DeGirolamo, Esq.
Courtyard Centre Ste 307
116 Cleveland Ave NW
Canton OH 44702

Outdoor Lighting, Inc. dba Rob Shaw Outdoor
Lighting
Rob Shaw Outdoor Lighting
PO Box 373
Sylvania, OH 43560

J. R. Equipment and Parts
c/o Myser & Davies
320 Howard Street
Bridgeport, OH 43912

Brouse McDowell, LPA
388 S. Main Street, Suite 500
Akron, OH 44311

GreatAmerica Financial Services Corporation
Attn: Peggy Upton, Litigation Specialist
PO Box 609
Cedar Rapids, IA 52406

William D. Pollock
65521 Warnock St. Clairsville Road
St. Clairsville, OH 43950

Grace A. Clements
1509 Avenida Adelsas
Encinitas, CA 92024

Mary Jo McCoy
83585 Addy Road
Cadiz, OH 43907

Calvin E Pollock
48298 Carpenter St
St Clairsville, OH 43950

Nell Pollock Murrell
48340 Carpenter Street
St. Clairsville, OH 43950

Ohio Bureau of Workers' Compensation
PO Box 15567
Columbus, Ohio 43215-0567

Bair, Goodie & Assoc.
153 N. Broadway St. 5
New Philadelphia, OH 44663

American Express Travel Related Services
Company Inc.
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Jessie Mae Pollock
48298 Carpenter St
St Clairsville, OH 43950

Richard P. Simpson
700 Manchester Drive
Pickerington, OH 43147-2043

Carolyn Addy
83649 Addy Road
Cadiz, OH 43907

Cornelia A Pollock
48365 Shirra Street
St Clairsville, OH 43950

Pollock Family Holdings LLC
Jeffrey Pollock Manager
3095 Fairfax Rd
Cleveland Hts, OH 44118

State of Ohio, Department of Natural
Resources
c/o Michael E. Idzkowski, AAG
30 E. Broad St., 25th Floor
Columbus, OH 43215

Ohio Department of Taxation
Bankruptcy Division
P.O. Box 530
Columbus, OH 43216

| | |
|---|---|
| Kentucky Department of Revenue<br>Legal Support Branch<br>PO Box 5222<br>Frankfort, KY 40602 | WorkForce West Virginia<br>Mary B. McLaughlin, Senior Counsel<br>112 California Ave<br>Charleston, WV 25305-0112 |
| B.L. Hartley, Inc.<br>4666 St. Rt. 45<br>Leetonia, OH 44431 | |

/s/ Bruce R. Schrader, II
Bruce R. Schrader, II
